**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. BAH-26-309** |
| | * | |
| **CHARLES BYERS,** | * | |
| **a/k/a "Bok," and** | * | |
| **DARRYL HAIRSTON, JR.,** | * | |
| **a/k/a "DJ,"** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |
| | ******* | |

**MOTION TO UNSEAL**

The United States hereby informs this Court that the Defendants in the above-captioned matter have been arrested, and the indictment may therefore be unsealed. The United States now moves to unseal the docket in the above-captioned case and to have the unsealed indictment placed on the docket.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by ALEXANDER LEVIN
Date: 2026.09.22 07:53:03 -04'00'

Alexander Levin
Tyler Pittinger
Assistant United States Attorneys

So ORDERED,

The Honorable Chelsea J. Crawford
United States Magistrate Judge

September 22, 2026
Date